AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>NIELSEN, WILLIAM F. | 2. Court or Organization<br><br>USDC, ED OF WA | 3. Date of Report<br><br>04/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE, SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

POST OFFICE BOX 1493
SPOKANE, WASHINGTON 99210-1493

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Spokane YMCA Endowment Committee |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NIELSEN, WILLIAM F.** | 04/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. WFN SP WOLF | | | | | | | | | |
| 2. Cash KMS | A | Interest | K | T | | | | | |
| 3. Auto Data Proc. Com | B | Dividend | M | T | | | | | |
| 4. Berkshire Hath | | None | O | T | | | | | |
| 5. Eaton | B | Dividend | L | T | | | | | |
| 6. Home Depot | C | Dividend | M | T | | | | | |
| 7. Honeywell Intl | C | Dividend | M | T | | | | | |
| 8. Illinois Tool Wks | A | Dividend | L | T | | | | | |
| 9. Intel Com | B | Dividend | L | T | | | | | |
| 10. Intuitive Surg | | None | M | T | | | | | |
| 11. Johnson & Johnson Com | B | Dividend | L | T | | | | | |
| 12. | | | | | | | | | |
| 13. WFN SP | | | | | | | | | |
| 14. Cash--First Interstate Bank | A | Interest | J | T | | | | | |
| 15. Cash--ML | A | Interest | L | T | | | | | |
| 16. Cash--Wash. Trust Bank | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NIELSEN, WILLIAM F.** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | WFN SP83 | | | | | | | | | |
| 19. | Ameriprise Finc | A | Dividend | K | T | | | | | |
| 20. | Amphenol | A | Dividend | K | T | Buy | 06/05/19 | K | | |
| 21. | Apple | A | Dividend | K | T | | | | | |
| 22. | Applied Mat. | A | Dividend | K | T | Buy | 02/08/18 | K | | Overlooked in 2018 Report |
| 23. | Arconic | A | Dividend | | | Sold | 04/02/19 | J | A | |
| 24. | Berk Hathwy Com | | None | N | T | | | | | |
| 25. | Caterpillar | A | Dividend | K | T | | | | | |
| 26. | Cisco | B | Dividend | K | T | | | | | |
| 27. | Coca Cola | B | Dividend | K | T | | | | | |
| 28. | Cognizant Tech | A | Dividend | K | T | | | | | |
| 29. | Colgate Com | C | Dividend | M | T | | | | | |
| 30. | Cracker Barrell | A | Dividend | K | T | | | | | |
| 31. | Cummins | A | Dividend | K | T | | | | | |
| 32. | Cypress Semi | A | Dividend | | | Sold | 04/02/19 | K | | |
| 33. | Danaher Corp. | A | Dividend | J | T | | | | | |
| 34. | Deere Corpo | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Disney Com | C | Dividend | M | T | | | | | |
| 36. | Encana Corp | A | Dividend | K | T | | | | | |
| 37. | Fed Ex | A | Dividend | K | T | Buy | 04/17/19 | K | | |
| 38. | First Interstate Bank | B | Dividend | L | T | | | | | |
| 39. | Fortive Corp | A | Dividend | J | T | | | | | |
| 40. | Gen Elec | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 41. | Home Depot | C | Dividend | M | T | | | | | |
| 42. | Illumina Inc. | | None | L | T | | | | | |
| 43. | International Paper | B | Dividend | K | T | | | | | |
| 44. | Johnson & Johnson | C | Dividend | M | T | | | | | |
| 45. | Kansas City Southern | A | Dividend | K | T | Buy | 04/17/19 | K | | |
| 46. | Magna Int'l | A | Dividend | K | T | | | | | |
| 47. | McDonalds Corp | A | Dividend | L | T | | | | | |
| 48. | McKesson Corp | A | Dividend | | | Sold | 04/17/19 | K | | |
| 49. | Microsoft | A | Dividend | L | T | Buy | 04/22/19 | L | | |
| 50. | Novo Nordisk ADR | A | Dividend | K | T | | | | | |
| 51. | Nvidia | A | Dividend | K | T | Buy | 01/22/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Oracle Corp. | A | Dividend | K | T | | | | | |
| 53. Pfizer | A | Dividend | K | T | | | | | |
| 54. Proctor & Gamble Co. | B | Dividend | L | T | | | | | |
| 55. Resideo Tech | | None | J | T | | | | | |
| 56. Spirit Aerosystems | A | Dividend | K | T | | | | | |
| 57. Starbuck's | A | Dividend | L | T | | | | | |
| 58. S.W. Airlines Com | B | Dividend | M | T | | | | | |
| 59. 'Synchrony Finl | B | Dividend | K | T | | | | | |
| 60. Taiwan Mfgr | A | Dividend | K | T | | | | | |
| 61. Thor Indys | A | Dividend | K | T | Buy | 04/12/19 | K | | |
| 62. TJX Co., Inc. | A | Dividend | K | T | | | | | |
| 63. Target | A | Dividend | J | T | | | | | |
| 64. Tenneco | A | Dividend | | | Sold | 12/09/19 | J | | |
| 65. Tractor Supply | B | Dividend | L | T | | | | | |
| 66. Union Pacific | B | Dividend | L | T | | | | | |
| 67. Walgreen Co. | B | Dividend | K | T | | | | | |
| 68. Waters Corp. | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Wells Fargo & Co. | B | Dividend | L | T | | | | | |
| 70. | | | | | | | | | |
| 71. MSN SP 8689 | | | | | | | | | |
| 72. Cash--Washington Trust Bank | A | Interest | K | T | | | | | |
| 73. R.W. Baird IRA Fund | B | Interest | M | T | | | | | |
| 74. Cash--Vanguard Account | A | Interest | J | T | | | | | |
| 75. Abbott Lab | A | Dividend | K | T | | | | | |
| 76. Alphabet | | None | L | T | | | | | |
| 77. Amazon | | None | M | T | | | | | |
| 78. Amphenol | A | Dividend | J | T | Buy | 06/29/19 | J | | |
| 79. Anheuser Busch | A | Dividend | | | Sold | 06/07/19 | K | | |
| 80. Berkshire Hath | | None | M | T | | | | | |
| 81. Caterpillar | A | Dividend | K | T | | | | | |
| 82. Cisco | A | Dividend | K | T | | | | | |
| 83. Costco | A | Dividend | L | T | | | | | |
| 84. Cracker Barrell | A | Dividend | | | Sold | 11/29/19 | K | | |
| 85. CSX | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   CVS Health | A | Dividend | J | T | Buy | 11/13/19 | J | | |
| 87.   Cyprus Semi | A | Dividend | | | Sold | 03/05/19 | J | | |
| 88.   Emerson Elec | A | Dividend | K | T | | | | | |
| 89.   Exxon | A | Dividend | J | T | | | | | |
| 90.   Home Depot | A | Dividend | M | T | | | | | |
| 91.   Intel Corp. | A | Dividend | K | T | | | | | |
| 92.   Johnson-Johnson | B | Dividend | K | T | | | | | |
| 93.   JP Morgan | A | Dividend | K | T | | | | | |
| 94.   Lockheed | A | Dividend | K | T | | | | | |
| 95.   McKesson | A | Dividend | K | T | | | | | |
| 96.   Medtronic | A | Dividend | K | T | | | | | |
| 97.   Mondeleze Intl | A | Dividend | K | T | | | | | |
| 98.   Pay Pal | | None | J | T | Buy | 10/19/19 | J | | |
| 99.   Proctor & Gamble | A | Dividend | K | T | | | | | |
| 100.   Qualcomm | B | Dividend | K | T | | | | | |
| 101.   SAP | A | Dividend | J | T | Buy | 12/02/19 | J | | |
| 102.   Schlumberger | A | Dividend | | | Sold | 04/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Southwest Airlines | A | Dividend | J | T | | | | | |
| 104.  Starbucks | A | Dividend | L | T | | | | | |
| 105.  Stryker | A | Dividend | K | T | | | | | |
| 106.  Taiwan Semi | A | Dividend | J | T | Buy | 10/15/19 | J | | |
| 107.  Thor Indus. | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 108.  Verizon | A | Dividend | K | T | | | | | |
| 109.  Walgreen | A | Dividend | K | T | | | | | |
| 110.  Walt Disney | A | Dividend | J | T | Buy | 09/30/19 | J | | |
| 111.  Waste Mgmt | A | Dividend | K | T | | | | | |
| 112.  Weyerhauser | A | Dividend | | | Sold | 04/23/19 | J | | |
| 113. | | | | | | | | | |
| 114.  Cash-Washington Trust Bank 4226 | A | Interest | J | T | | | | | |
| 115.  RW Baird Fund | B | Dividend | M | T | | | | | |
| 116.  Vanguard Funds-Extended Mkt VXF | A | Dividend | K | T | | | | | |
| 117.  Vanguard Funds-Large Cap VV | A | Dividend | J | T | | | | | |
| 118.  Vanguard Funds-Mega Cap Growth MGK | A | Dividend | K | T | | | | | |
| 119.  Vanguard Funds-S&P 500 VOO | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NIELSEN, WILLIAM F.** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Vanguard VWILUX | A | Dividend | L | T | | | | | |
| 121. Vanguard Funds-Small Cap Value VBR | A | Dividend | J | T | | | | | |
| 122. Vanguard Funds-Total Stock Mkt VTI | A | Dividend | K | T | | | | | |
| 123. Vanguard Intl VTIAX | A | Dividend | K | T | | | | | |
| 124. Vanguard Funds-Value VTV | A | Dividend | K | T | | | | | |
| 125. Vanguard VLMTX | A | Dividend | K | T | | | | | |
| 126. Vanguard VWLUX (duplicate of Line 137) no longer reportable | A | Dividend | K | T | | | | | |
| 127. Apple | A | Dividend | M | T | | | | | |
| 128. Gen Elec | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 129. Illumina | | None | K | T | | | | | |
| 130. International Paper | A | Dividend | | | Sold | 8/12/19 | L | | |
| 131. Johnson Control | A | Dividend | | | Sold | 10/21/19 | K | | |
| 132. Microsoft | A | Dividend | K | T | | | | | |
| 133. Old Dominion Frt | | None | J | T | | | | | |
| 134. Sherwin Williams | A | Dividend | L | T | | | | | |
| 135. Syncrony Fin | A | Dividend | J | T | | | | | |
| 136. UPS | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NIELSEN, WILLIAM F.** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Whirlpool | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NIELSEN, WILLIAM F.** | 04/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2019 ANNUAL REPORT Section VII explanations:

Line 22, Applied Mat., acquisition overlooked in 2018 Annual Report.

Line 135, typo in Asset Name in previous years' reports - Vanguard VWLUX should be VWILUX.

| Name of Person Reporting | Date of Report |
|---|---|
| **NIELSEN, WILLIAM F.** | 04/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ WILLIAM F. NIELSEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544